**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Joseph McDermott Jr.                              CHAPTER 13
                    Debtor(s)
                                                         BKY. NO. 19-11024 elf

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of FREEDOM MORTGAGE CORPORATION and index same on the master mailing list.

Respectfully submitted,

/s/ *Rebecca Solarz*
Rebecca Solarz
04 Nov 2020, 14:16:04, EST

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322