UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| | : | |
| JOSEPH MCDERMOTT | : | |
| | : | |
| Debtor | : | Bankruptcy No. 19-11024-AMC |

### CHAPTER 13 STANDING TRUSTEE'S ANSWER TO MOTION TO MODIFY PLAN

William C. Miller, Chapter 13 standing trustee ("standing trustee"), answers the Motion to Modify Plan ("Motion"), with respect to the provisions of 11 U.S.C. § 1329(d), as follows:

1. Debtor seeks to abate payments. There is no code section dealing with abatements.

2. If the debtor seeks to change the terms of his plan, a proposed plan is required pursuant to section 11 U.S.C. 1329.

WHEREFORE, the standing trustee requests that any Order permitting the modification be consistent with the foregoing.

Respectfully submitted,

/s/ Jack Miller, Esquire
_____
Staff Attorney for
William C. Miller, Esquire
Chapter 13 Standing Trustee

Date: November 23, 2020