UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re:
Joseph McDermott, Jr.                   Chapter: 13,
                                                    BANKRUPTCY NO: 19-11024-ELF

****************************************************************

**Debtor's *Seventh* Amended Chapter 13 Plan**

****************************************************************

1. The Debtor hereby submits the following Seventh Amended Plan:

2. The Debtor is in arrears in payments to the Trustee and the arrearage amount is $2,176.

3. Debtor shall cure the arrearage and pay this amount at the end of the Plan and shall include it with the final payment to the Trustee.

                                                    Respectfully Submitted,

                                                    /s/_____
                                                    Allan K. Marshall, Esq,
                                                    Attorney for Debtor
                                                    Phone: 215-569-1904

November 23, 2020