UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re
Joseph McDermott, Jr.

Chapter: 13,
BANKRUPTCY NO: 19-11024-ELF

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

# O R D E R

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

AND NOW, upon consideration of Debtor's Motion to Modify Confirmed Plan (Doc. # 60) ("the Motion"), and after a hearing, it is hereby **ORDERED** that the Motion is **DENIED**.

Date: 12/8/20

**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**

1