# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 19-11024-ELF

JOSEPH  MCDERMOTT, JR.

543 VANDERSLICE STREET

PHOENIXVILLE, PA 19460

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes Kenneth E. West, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

JOSEPH  MCDERMOTT, JR.

543 VANDERSLICE STREET

PHOENIXVILLE, PA 19460

Counsel for debtor(s), by electronic notice only.

ALLAN K MARSHALL ESQUIRE
1819 JFK BLVD
STE 400
PHILA, PA 19103-

Date: 4/21/2022

/S/ Kenneth E. West
_____
Kenneth E. West, Esquire
Chapter 13 Standing Trustee