Certificate Number: 05781-PAE-DE-038222482

Bankruptcy Case Number: 19-11024


05781-PAE-DE-038222482

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on February 26, 2024, at 6:00 o'clock PM PST, Joseph McDermott completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   February 26, 2024                By:    /s/Allison M Geving

Name:  Allison M Geving

Title:   President