United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  Case No. 19-11024-amc

Joseph McDermott, Jr.  Chapter 13

   Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2  User: admin  Page 1 of 3
Date Rcvd: Apr 12, 2024  Form ID: 138OBJ  Total Noticed: 36

The following symbols are used throughout this certificate:
**Symbol    Definition**

+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^   Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##  Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 14, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Joseph McDermott, Jr., 543 Vanderslice St, Phoenixville, PA 19460-3061 |
| 14275779 | + | Beneficial Mutual Savings, Beneficial Mutual Savings, 530 Walnut St., Attn: Bankruptcy, Philadelphia, PA 19106-3624 |
| 14281202 | | FREEDOM MORTGAGE CORPORATION., c/o Thomas Song, Esq.,, Phelan Hallinan Diamond & Jones, LLP, 1617 JFK Boulevard, Suite 1400, One Penn Center Plaza Philadelphia, PA 19103 |
| 14559223 | + | Freedom Mortgage Corporation, c/o Rebecca Solarz,Esquire, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14275788 | + | Phonexville Hospital, 140 Nutt Rd, Phoenixville, PA 19460-3900 |
| 14710440 | + | Rushmore Loan Management Services,LLC servicer for, c/o Lauren M. Moyer,Esquire, 1325 Franklin Avenue, Garden City, New York 11530-1666 |
| 14276029 | + | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Apr 13 2024 00:12:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 13 2024 00:12:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14284872 | | Email/Text: Bankruptcy@absoluteresolutions.com | Apr 13 2024 00:12:00 | Absolute Resolutions Investments, LLC, c/o Absolute Resolutions Corporation, 8000 Norman Center Drive, Suite 350, Bloomington, MN 55437 |
| 14275778 | + | Email/Text: aargon@ebn.phinsolutions.com | Apr 13 2024 00:12:00 | Aargon Agency, Attn: Bankruptcy Department, 8668 Spring Mountain Rd, Las Vegas, NV 89117-4119 |
| 14292413 | + | Email/Text: documentfiling@lciinc.com | Apr 13 2024 00:12:00 | COMCAST, PO BOX 1931, Burlingame, CA 94011-1931 |
| 14275780 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 13 2024 00:18:54 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14283435 | + | Email/PDF: ebn_ais@aisinfo.com | Apr 13 2024 00:19:05 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14275781 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 13 2024 00:18:54 | Citibank/The Home Depot, Attn: Recovery/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 14311241 | + | Email/PDF: ebn_ais@aisinfo.com | Apr 13 2024 00:18:55 | Directv, LLC, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14311967 | | Email/Text: G06041@att.com | | |

Case 19-11024-amc   Doc 102   Filed 04/14/24   Entered 04/15/24 00:31:46   Desc
Imaged Certificate of Notice   Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Apr 12, 2024 | Form ID: 138OBJ | Total Noticed: 36 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Apr 13 2024 00:12:00 | Directv, LLC, by American InfoSource as agent, PO BOX 5008, Carol Stream IL 60197-5008 |
| 14275782 | + | Email/Text: bankruptcynotices@dcicollect.com | Apr 13 2024 06:45:00 | Diversified Consultants, Inc., Attn: Bankruptcy, Po Box 551268, Jacksonville, FL 32255-1268 |
| 14275783 | + | Email/Text: bknotice@ercbpo.com | Apr 13 2024 00:12:00 | ERC/Enhanced Recovery Corp, Attn: Bankruptcy, 8014 Bayberry Road, Jacksonville, FL 32256-7412 |
| 14559011 | ^ | MEBN | Apr 13 2024 00:09:45 | FREEDOM MORTGAGE CORPORATION, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14275784 | + | Email/Text: Bankruptcy@Freedommortgage.com | Apr 13 2024 00:12:00 | Freedom Mortgage, P.O. BOX 50428, Indianapolis, IN 46250-0401 |
| 14316955 | + | Email/Text: Bankruptcy@Freedommortgage.com | Apr 13 2024 00:12:00 | Freedom Mortgage Corporation, Attn: Bankruptcy Department, 10500 Kincaid Drive, Fishers, IN 46037-9764 |
| 14275786 | + | Email/Text: bankruptcy@marinerfinance.com | Apr 13 2024 00:12:00 | Mariner Finance, Attn: Bankruptcy, 8211 Town Center Dr, Nottingham, MD 21236-5904 |
| 14312105 | + | Email/Text: bankruptcy@marinerfinance.com | Apr 13 2024 00:12:00 | Mariner Finance, LLC, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 14285673 | | Email/PDF: cbp@omf.com | Apr 13 2024 00:19:06 | ONEMAIN, P.O. BOX 3251, EVANSVILLE, IN 47731-3251 |
| 14275787 | + | Email/PDF: cbp@omf.com | Apr 13 2024 00:18:54 | OneMain Financial, Attn: Bankruptcy, 601 Nw 2nd Street, Evansville, IN 47708-1013 |
| 14308599 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 13 2024 00:18:54 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14308390 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 13 2024 00:18:54 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14308223 | + | Email/PDF: resurgentbknotifications@resurgent.com | Apr 13 2024 00:18:54 | PYOD, LLC, PO Box 19008, Greenville, SC 29602-9008 |
| 14286151 | + | Email/PDF: resurgentbknotifications@resurgent.com | Apr 13 2024 00:19:02 | PYOD, LLC, Resurgent Capital Services, PO Box 19008, Greenville, SC 29602-9008 |
| 14275789 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 13 2024 00:18:55 | Portfolio Recovery, Po Box 41021, Norfolk, VA 23541-1021 |
| 14296607 | | Email/PDF: ais.sprint.ebn@aisinfo.com | Apr 13 2024 00:19:05 | Sprint Corp, Attention Bankruptcy, PO Box 7949, Overland Park, KS 66207-0949 |
| 14276494 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 13 2024 00:18:55 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14818755 | ^ | MEBN | Apr 13 2024 00:09:36 | U.S. Bank National Association, Fay Servicing, LLC, PO Box 814609, Dallas TX 75381-4609 |
| 14710299 | + | Email/Text: nsm_bk_notices@mrcooper.com | Apr 13 2024 00:12:00 | US Bank National Association, not in its indiv., capacity but solely as trustee for RMTP, Trust, Series 2021 Cottage-TT-V, c/o Rushmore Loan Management Services, P.O. Box 55004, Irvine, CA 92619-5004 |
| 14275790 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Apr 13 2024 00:12:00 | Verizon, Verizon Wireless Bk Admin, 500 Technology Dr Ste 550, Weldon Springs, MO 63304-2225 |

TOTAL: 29

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

**Recip ID**    **Bypass Reason   Name and Address**

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Apr 12, 2024 | Form ID: 138OBJ | Total Noticed: 36 |

| | | |
|---|---|---|
| 14380173 | *+ | FREEDOM MORTGAGE CORPORATION, ATTN: BANKRUPTCY DEPARTMENT, 10500 KINCAID DRIVE, FISHERS IN 46037-9764 |
| 14275785 | ##+ | Lois Marie Vitti, 333 ALLEGHENY AVENUE, SUITE 303, Oakmont, PA 15139-2072 |

TOTAL: 0 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 14, 2024    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 12, 2024 at the address(es) listed below:**

**Name**    **Email Address**

ALLAN K. MARSHALL
    on behalf of Debtor Joseph McDermott  Jr. akm6940@aol.com

DENISE ELIZABETH CARLON
    on behalf of Creditor FREEDOM MORTGAGE CORPORATION bkgroup@kmllawgroup.com

JACK K. MILLER
    on behalf of Trustee WILLIAM C. MILLER  Esq. philaecf@gmail.com, ecfemails@ph13trustee.com

JEROME B. BLANK
    on behalf of Creditor FREEDOM MORTGAGE CORPORATION jblank@pincuslaw.com  mmorris@pincuslaw.com

KENNETH E. WEST
    ecfemails@ph13trustee.com  philaecf@gmail.com

LAUREN MOYER
    on behalf of Creditor Rushmore Loan Management Services  LLC as servicer for U.S. Bank National Association, not in its individual capacity but solely as trustee for RMTP Trust, Series 2021 Cottage-TT-V bkecf@friedmanvartolo.com

THOMAS SONG
    on behalf of Creditor FREEDOM MORTGAGE CORPORATION tomysong0@gmail.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 8

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Joseph McDermott, Jr.

       Debtor(s)

Case No: 19−11024−amc

Chapter: 13

_____

### *NOTICE OF DEADLINE TO OBJECT TO DISCHARGE*

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

                900 Market Street
                   Suite 400
             Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 4/12/24